UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

    v.

JHONATAN MONEGRO ROSARIO,

        Defendant.

M.B.D. Case No.

## ASSENTED-TO MOTION TO EXTEND TIME WITHIN WHICH INDICTMENT OR INFORMATION MUST BE FILED

The United States of America hereby respectfully moves the Court for an Order, pursuant to 18 U.S.C. § 3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008), that extends the time within which an indictment or information must be filed in the above-captioned case until May 27, 2025. Counsel for the defendant assents to this motion.

In support of the motion, the government states as follows:

1.    Jhonatan Monero Rosario has been charged by criminal complaint with distribution and possession with intent to distribute 40 grams or more of fentanyl, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi), No. 25-mj-8172-PGL. The defendant was arrested and made his initial appearance on March 20, 2025, at which time the government moved for pretrial detention. The Court scheduled a detention hearing for March 26, 2025. At the detention hearing on March 26, 2025, the defendant agreed to a voluntary order of detention without prejudice.

2.    The requested 30-day extension would allow the parties additional time to discuss potential pre-indictment dispositions. To further those discussions, the government is preparing

early discovery to produce to the defendant. An agreement involving a pre-indictment plea may work to the defendant's benefit, and would promote judicial economy.

3.      The government submits that the delay resulting from the extension of time for filing an indictment or information serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial.

4.      Accordingly, the government asks the Court to enter an Order that extends the time within which an indictment or information must be filed in the above-captioned case for approximately 30 days, until May 27, 2025.

5.      The government also asks the Court to exclude the time period from April 25, 2025, through and including May 27, 2025, from the speedy trial clock, pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases* for the U.S. District Court for the District of Massachusetts, on the ground that the ends of justice served by granting the requested continuance and excluding these periods outweigh the best interests of the public and the defendant in a speedy trial.

6.      The government has consulted with counsel for the defendant who assents to this motion.

7.      No previous extensions have been requested.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney


By:  */s/ Charles Dell'Anno*_____
       Charles Dell'Anno
       Assistant U.S. Attorney

Date:   April 21, 2025

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document will be sent via email to the attorney of record for the Defendant.

*/s/ Charles Dell'Anno*
Charles Dell'Anno

Date:   April 21, 2025